# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BOWIE LUMBER ASSOCIATES (A
PARTNERSHIP IN COMMENDAM)

VERSUS

ANADARKO OGC COMPANY,
ANADARKO E&P ONSHORE, LLC,
GOODRICH PETROLEUM COMPANY,
LLC, BRAMMER ENGINEERING,
INC., AND SOUTH RIVER
OPERATING, LLC

NO.  2023 CW 1362

**APRIL 4, 2024**

---

In Re:    Bowie Lumber Associates, LLC, applying for supervisory
writs,   17th  Judicial  District  Court,  Parish  of
Lafourche, No. 134888.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

    **WRIT  DENIED.**    The  criteria  set  forth  in  **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

*a.S.*
_____
    DEPUTY CLERK OF COURT
       FOR THE COURT